# IN THE SUPREME COURT OF THE STATE OF NEVADA

RANA TABLAK, AN INDIVIDUAL,
Appellant,
vs.
SAMANTHA SCHOENHAUS, D.O.,
INDIVIDUALLY; AND WOMEN'S
HEALTH ASSOCIATES OF
SOUTHERN NEVADA-MARTIN PLLC,
A NEVADA PROFESSIONAL LIMITED
LIABILITY COMPANY,
Respondents.

No. 70310

FILED

JUL 13 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to appellant's notice of withdrawal of appeal filed on May 10, 2016, this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Tracie K. Lindeman_

cc: Hon. Douglas Smith, District Judge
Atkinson Watkins & Hoffmann LLP
Carroll, Kelly, Trotter, Franzen, McKenna & Peabody
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-21762